UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JEAN DUFORT BAPTICHON,

        Plaintiff,

v.

THOMAS M. COOLEY LAW SCHOOL,
et al.,

        Defendants.
_____/

Case No. 1:09-cv-562

Hon. Janet T. Neff

## ORDER APPROVING REPORT AND RECOMMENDATION

The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed November 24, 2009, is approved and adopted as the opinion of the court.

**IT IS FURTHER ORDERED** that The Thomas M. Cooley Lw School Defendants' Motion to Dismiss in Lieu of Answer to Amended Complaint (Dkt. 22); Motion for Summary Judgment by Defendant The Curi Law Office, PLLC (Dkt. 32); Motion to Dismiss of Defendant Chase Student Loan Servicing, LLC (Dkt. 33); and Defendant Miller Canfield's Motion to Dismiss in Lieu of Answer to Amended Complaint (Dkt. 36) are **GRANTED** and plaintiff's action is **DISMISSED** for the reasons stated in the Report and Recommendation.

Dated: December 28, 2009

        /s/Janet T. Neff
        JANET T. NEFF
        UNITED STATES DISTRICT JUDGE